SPRINGFIELD NATIONAL BANK, Respondent, v. THOS. J. MAY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PRUDENCE COMPANY, INC., Respondent, v. 33 WEST 55TH STREET CORPORATION and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

33 WEST 55TH STREET CORPORATION, Appellant, v. THE PRUDENCE COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MICHAEL M. ROSNER, Respondent, v. GEORGE BROWN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.

In the Matter of the Judicial Settlement of the Account of FRANCIS B. J. LAVELLE and E. GEORGE GRUNWALD, as Executors under the Last Will and Testament of ANNIE E. LAVELLE, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROSE V. HAYNES, Respondent, v. ROSE SPIRON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

. DANIEL L. HAYNES, Respondent, v. ROSE SPIRON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL FRIEDMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents on the ground that the sentence was excessive.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY GLASSMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; O'Malley and Proskauer, JJ., dissent on the ground that the sentence was excessive.

ROBERT H. MURRAY, Respondent, v. EDWARD L. DOHENY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMY JAMES, Defendant, Impleaded with THE INDEPENDENCE INDEMNITY COMPANY, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. ELIZABETH DELBOURGO, Individually and as Administratrix, etc., of JOSEPH E. DELBOURGO, Deceased, Respondent. ELIZABETH DELBOURGO, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy and Proskauer, JJ.